IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HIRRIE ROBINSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D16-3250

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Mark V. Murray, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Virginia Harris and Kaitlin Weiss, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.